SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8354 PA (CWx) | Date | March 3, 2008 |
|---|---|---|---|
| Title | Nichia Am. Corp., et al. v. Seoul Semiconductor Co., Ltd., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| C. Kevin Reddick | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

Before the Court is the complaint ("Complaint") filed by plaintiffs Nichia America Corp. and Nichia Corp. ("Plaintiffs"), and the parties' Joint 26(f) report. Plaintiffs bring claims for false advertising under the Lanham Act, and unfair competition under California Business & Professions Code § 17200, et seq. Nichia America Corp. is a Pennsylvania corporation, and its parent Nichia Corp. is a Japanese corporation. Defendant Seoul Semiconductor, Inc. is a California corporation with a principal place of business in Torrance, California, and its parent Seoul Semiconductor, Co., Inc. is a Korean corporation (collectively "Defendants").

This is not the first suit between these parties. It appears that this case is premised on press releases regarding the outcome of another case currently before the United States District Court for the Northern District of California. Accordingly, the Court orders the parties to show cause in writing why this case should not be transferred to the Northern District of California "[f]or the convenience of parties and witnesses, [and] in the interest of justice." 28 U.S.C. § 1404(a). The parties' responses to this Order, each not to exceed fifteen (15) pages, shall be filed and served no later than March 14, 2008. All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence. To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

1. Whether this action could have been brought in the Northern District of California;

2. Whether venue is appropriate in the Northern District of California;

3. What contacts, if any, each party has to the Central District of California ("Central District") and to the Northern District of California. The parties should include information regarding the location of their administrative offices, real property, sources of revenue, and points of public contact;

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8354 PA (CWx) | Date | March 3, 2008 |
|---|---|---|---|
| Title | Nichia Am. Corp., et al. v. Seoul Semiconductor Co., Ltd., et al. | | |

4. What connection Plaintiffs' cause of action has to the Central District and to the Northern District of California;

5. What "substantial part of the events that gave rise to [Plaintiffs' claims]" occurred in the Central District, as alleged in Paragraph 2 of the Complaint;

6. What basis Plaintiffs have for alleging in Paragraph 2 of the Complaint that both "defendants reside within this Judicial District" (emphasis added);

7. What witnesses are expected to be called and where they reside;

8. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District as compared to the Northern District of California;

9. The ease of access to sources of proof in each of the two forums;

10. The expected difference in the cost of litigation in the Central District as compared to the Northern District of California;

11. Whether there are any alternative forums, other than the Central District or the Northern District of California, that would be more convenient for this action and why, keeping in mind the inquiries above; and

12. Whether allowing this action to proceed in the Central District creates a risk of inconsistent rulings with the Northern District of California, or any other courts in or outside the United States.

IT IS SO ORDERED.

:

Initials of Preparer