SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07–8354 PA (CWx) | Date | March 27, 2008 |
|---|---|---|---|
| Title | Nichia Am. Corp., et al. v. Seoul Semiconductor Co., Ltd., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – ORDER TO SHOW CAUSE

Before the Court are the parties' responses to the Court's March 3, 2008 Order to Show Cause why this case should not be transferred to another jurisdiction. (Docket No. 21.) The parties have informed the Court that a parallel action is currently pending before a court in Korea. Based on the parties responses to the March 3, 2008 Order to Show Cause, and the information disclosed during the scheduling conference in this case, the Court finds that additional information regarding the foreign action is necessary. The parties are ordered to address, in writing, the following questions:

1. What parties are involved in the Korean action;

2. What claims are alleged in the Korean action;

3. What, if any, events giving rise to Plaintiffs' claims occurred in Korea;

4. What witnesses are likely to provide evidence or testimony in this Court and in the Korean court, and where they reside;

5. When the Korean action was filed;

6. How far the Korean action has progressed;

7. What law governs the Korean action;

8. What, if any, differences there are in the relief sought in this is action, and in the Korean court;

9. What, if any, deadlines for future filings or actions in the Korean court have been established;

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07–8354 PA (CWx) | Date | March 27, 2008 |
|---|---|---|---|
| Title | Nichia Am. Corp., et al. v. Seoul Semiconductor Co., Ltd., et al. | | |

    10.    Whether any ruling in the Korean court could be determinative of any issue in this Court, and vice-versa;

    11.    Any other information of which the Court should be aware regarding the Korean action.

    The parties' responses to this Order, not to exceed ten (10) pages, shall be filed and served no later than twenty (20) days after the date of entry of this Order.  All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence.

    IT IS SO ORDERED.

                                                                                                                         :

Initials of Preparer