JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA AMERICA CORP., NICHIA CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>SEOUL SEMICONDUCTOR CO., LTD., SEOUL SEMICONDUCTOR, INC.<br><br>              Defendants. | No.    CV 07–8354 PA (CWx)<br><br>JUDGMENT |

In accordance with the Court's October 7, 2008 Minute Order granting summary judgment in favor of defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. ("Defendants") on Plaintiffs' false advertising claim brought pursuant to 15 U.S.C. § 1125(a), and unfair competition claim brought pursuant to California Business and Professions Code section 17200, et seq.;

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.    Plaintiffs Nichia America Corporation and Nichia Corporation ("Plaintiffs") shall recover nothing from Defendants;

2.    Defendants shall have judgment in their favor on all of Plaintiffs' claims;

1

      3.     Defendants shall recover from Plaintiffs their costs of suit.

2

     The Clerk is ordered to enter this Judgment.

3

4

DATED: October 14, 2008

5

                                  Percy Anderson

6

                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28